FCO-167

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-1508

Bogue v. Commissioner Internal Revenue

To:    Clerk

1)    Motion by Appellant for leave to appeal in forma pauperis

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary affirmance under Third Circuit L.A.R. 27.4 and I.O.P. 10.6 is appropriate. In making this determination, the district court opinion and record will be examined. No briefing schedule will issue until this determination is made. Although not necessary at this time, appellant may submit argument, not to exceed 5 pages, in support of the appeal. The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order. Appellee need not file a response unless directed to do so or until a briefing schedule is issued.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: March 9, 2012

Tnh/cc:    Glenn Patrick Bogue
           Gary R. Allen, Esq.
           Carrie L. Kleinjan, Esq.
           Ina Weiner, Esq.

A True Copy:

Marcia M. Waldron, Clerk