12-1508

JAN 3 1 2013

# UNITED STATES COURT OF APPEALS

## FOR THE THIRD CIRCUIT

**GLENN BOGUE**

Petitioner-Appellant

V.

**COMMISSIONER OF INTERNAL REVENUE**

Respondent-Appellee

---

ON APPEAL FROM DECISION OF THE UNITED STATES TAX COURT

Case # 12291-09    T.C. Mem 2011 - 164

---

### APPELLANT'S MOTION TO FILE BRIEF OUT OF TIME

---

The Appellant, Glenn Bogue, Pro Se, hereby motions this court to permit the filing of his brief out of time, pursuant to the attached Affidavit.

AFFIDAVIT IN SUPPORT OF MOTION

1. The Appellant moved to Toronto temporarily but filed a notice with the US Postal Service to forward all mail.

2. The Appellant received letters from the IRS regarding his Offer in Compromise and Regarding Appellant'is right to a hearing about the IRS Notice of Levy.

3. For some reason, the Notice to File Briefs was not forwarded.

3. Per the attached copy of email, the Appellee does not object to the filing of Appellant's Brief out of time.

Glenn Bogue, Pro Se

## AFFIRMATION

The Appellant hereby affirms that the facts in the attached Motion are true and correct.

_____
Glenn Bogue, Pro Se

## CERTIFICATE OF SERVICE

I, Glenn Bogue, Pro Se, hereby certify that on Monday Jan. 28, 2013 I caused to be served upon counsel of record for Appellee one paper copy and one disc containing an electronic copy of the ꜛ   ‚r Appellant via 2 day mail to the address below:
MOTION of

DEPT OF JUSTICE

Tax Division

BOX 502

Washington DC 20044

Attention: Carol Barthel

_____
Glenn Bogue, Pro Se

barthel

Barthel, Carol A. (TAX)
10:46 AM (2 hours ago)

to me
Mr. Bogue,

Yes, that is correct - the Government takes no position with respect to your motion to file your brief out of time.

Our mailing address is:

Carol Barthel, Attorney
Tax Division
Department of Justice
Post Office Box 502
Washington, DC 20044