UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1508
_____

GLENN PATRICK BOGUE,
                              Appellant
v.

COMMISSIONER OF INTERNAL REVENUE
_____

On Appeal from the United States Tax Court
(No. 12291-09)
Judge: Honorable Thomas B. Wells
_____

Present: McKEE, *Chief Judge*, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, and ALDISERT[*], *Circuit Judges*.
_____

SUR PETITION FOR REHEARING
WITH SUGGESTION FOR REHEARING EN BANC
_____

      The petition for rehearing filed by Appellant having been submitted to all judges who participated in the decision of this court, and to all the other available circuit judges in active service, and a majority of the judges who concurred in the decision not having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court en banc, the petition for rehearing by the panel and the Court en banc is hereby DENIED.

                                                BY THE COURT:

                                                */s/ Thomas M. Hardiman*
                                                Circuit Judge

Dated: July 26, 2013

Tnh/cc: Glenn Patrick Bogue
        All Counsel of Record

---

[*] Judge Aldisert's vote is limited to panel rehearing only.